**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Markee Cooper Sr., et al.

                               Plaintiff,

v.                                                      Case No.: 1:07–cv–02144
                                                        Honorable Robert M. Dow Jr.

S. Daley, et al.

                               Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 10, 2012:

        MINUTE entry before Honorable Robert M. Dow, Jr: Jury trial held on 8/10/2012.
Jury finds in favor of Plaintiffs Markee Cooper, Sr., Markee Cooper, Jr. And Zion Cooper
and against Defendant Dailey on the claim of Falsified Warrant.On the claims of
Unreasonable Seizure and Unreasonable Search, the Jury finds in favor of Defendants
Bonnstetter, Dailey and Mark and against Plaintiffs and in favor of the Plaintiffs and
against Defendants Reina and Ross Plaintiff Markee Cooper, Sr. is awarded compensatory
damages in the amount of $250,000. Plaintiff Markee Cooper, Jr. awarded compensatory
damages in the amount of $100,000. Plaintiff Zion Cooper awarded compensatory
damages in the amount of $100,000. Plaintiffs are awarded punitive damages as follows:
as to Defendant Dailey – $100,000; as to Defendant Reina – $10,000 and as to Defendant
Ross – $5,000. Jury trial ends. Judgment entered on the jury verdict. Any post–trial
motions to be filed on or before 9/24/2012; responses by 10/8/2012; replies by
10/22/2012. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.